UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JULIUS MITTELMAN, and
LISA MITTELMAN
                           Plaintiffs,

INDEX NO. 07-Civ-6382 (wcc)

- against -

AFFIDAVIT OF SERVICE

COUNTY OF ROCKLAND,
THE TOWN OF CLARKSTOWN,
JOHN DOE 1 – 10, the name being fictitious, the actual names being unknown, in there individual and official capacity as Town of Clarkstown Police Department,
LT. MICHAEL SULLIVAN and
SGT. JOANNE BROGNA, in there individual and official capacity as Town Of Clarkstown Police Department,
JANE DOE, the name being fictitious, the actual name being unknown, in her individual and official capacity as an employee of the Rockland County Correctional Facility
                           Defendants.
-------------------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF WESTCHESTER

James Monteleon, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in Ardsley, New York

That on 10/5/2007 at approximately 2:30 pm, at **Rockland County Attorney** DEPARTMENT OF LAW Allison-Parris County Office Building 11 New Hempstead Road New City, NY 10956, deponent served the within SUMMONS and COMPLAINT, INDEX NUMBER, 07-CIV-6382 on the **Defendant, COUNTY OF ROCKLAND:**

INDIVIDUAL: by delivering a true copy of each to said defendants personally: deponent knew the person so served [ ] to be the person described as said defendant therein. *The language required by* NYCRR 2900.2(e), (l) & (h) was set forth on the face of said summons(es).

CORPORATION:, by delivering thereat a true copy of each          personally, deponent knew
[ ]said corporation so served to be the corporation described in said         as said Plaintiff and knew said
individual to be thereof.

SUITABLE AGE PERSON: by delivering there at a true copy of Summons and Complaint to a young lady who identified herself as Ms. Denis Lagarde, a [ X ] person of suitable age and discretion. Said premises is a department with the Defendant place of business - within the state.

When affiant served the Summons and Complaint: Ms. Denis Lagarde stated to affiant that she was not authorized to accept service for the County of Rockland, but would take the papers and pass them along through the proper channels. When affiant asked for the name of a person authorized to accept service for the County of Rockland, Ms. Lagarde refused to tell affiant. Affiant left Summons and Complaint with Ms. Lagarde.

AFFIXING TO DOOR. ETC.: by affixing a true copy of each to the door of said premises, which is defendant's [ ] actual place of business-dwelling house-usual place of abode- within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there.

MAILING: Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at
[ X ] defendant's actual place of business, **Rockland County Attorney DEPARTMENT OF LAW
11 New Hempstead Road New City, NY 10956**, and deposited said wrapper in -a post office-official depository under exclusive care and custody of the United States Postal Service within New York State. Said Wrapper was marked "Personal and Confidential" and did not contain any marking that would indicate said contents were from an attorney or concern an action.

DESCRIPTION: Deponent describes the individual served as follows: [] Male   [X] Female
Approximate Age: [ ] 14-20, [X] 21-35, [ ] 36-50. [ ] 51-65. [ ] Over 65
Approximate Height: [ ] Under 5', [ ] 5' to 5'3", [X] 5'4" to 5'8", [] 5'9" to 6', [ ] Over 6'
Approximate Weight: [ ] Under 100lbs, [ X] 100 to 130lbs, [] 131 to 160lbs, [ ] 161 to 200lbs, [ ] over 200 lbs
Skin Color: [ X] white, [ ] black, [ ] brown, [ ] red, [ ] yellow
Hair Color: [ ] black, [X ] blonde, [ ] red, [ ] brown, [ ] grey, [ ] white, [ ] balding
Other Identifying Features:

MILITARY SERVICE: I asked where the defendant was in active military service of the United States or of the
[ ] State of New York in any capacity whatever. Defendant told me defendant was not. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this
day of October 2007.

JAMES M. LENIHAN
Notary Public, State of New York
No. 02LE5089181
Qualified in Westchester County
Commission Expires December 8

_____
James Monteleon







Personal + Confidential

20 Prospect Ave
Ardsley, NY 10502

Rockland County Attorney
Department of Law
11 New Hempstead Rd
New City NY 10956-3664

FIRST CLASS MAIL

$1.310
US POSTAGE
FIRST-CLASS
FROM 10601
OCT 09 2007
stamps.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIUS MITTELMAN, and
LISA MITTELMAN
                  Plaintiffs,

- against -

                                                    Index Number:
                                                    07-Civ-6382

COUNTY OF ROCKLAND,
THE TOWN OF CLARKSTOWN, et. al.
                  Defendants.

---

# AFFIDAVIT OF SERVICE

---

JAMES MICHAEL LENIHAN
ATTORNEY & COUNSELOR AT LAW
Attorney for Plaintiffs
235 Main Street, Suite 540
White Plains, NY 10601
(914)949-8855