10/18/2007 16:04 FAX 516 747 7480        ROSENBERG CALICA BIRNEY                    ☒003

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JULIUS MITTLEMAN and LISA MITTLEMAN,

        Plaintiffs,

-against-

COUNTY OF ROCKLAND, THE TOWN OF
CLARKSTOWN, JOHN DOE 1-10, the name being fictitious,
the actual names being unknown, in their individual and official
capacity as Town of Clarkstown Police Department, LT.
MICHAEL SULLIVAN and SGT. JOANNE BROGNA, in their
individual and official capacity as Town of Clarkstown Police
Department, Jane Doe, the name being fictitious, the actual
name being unknown, in her individual and official capacity as
an employee of the Rockland County Correctional Facility,

        Defendants.

--------------------------------------------------------------X

PARTIAL STIPULATION EXTENDING TIME TO ANSWER AND ORDER

Case No. 07 Civ. 6382 (WCC)
Judge Conner
ECF CASE

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Julius Mittleman and Lisa Mittleman and defendants Town of Clarkstown, Lt. Michael Sullivan and Sgt. Joanne Brogna (collectively, the "Clarkstown Defendants"), as follows:

    1.    The time for the Clarkstown Defendants to answer ~~or otherwise respond~~ with reference to the complaint in this action be extended to and including **November 26, 2007**.

    2.    This Stipulation may be executed in counterparts, by facsimile or by e-mail and any copy or counterpart so executed shall be deemed to constitute an additional original.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]

E-COPIES MAILED TO COUNSEL OF RECORD for TI
+ MAILED TO CLARKSTOWN AS ⊗

10/18/2007 16:04 FAX 516 747 7480        ROSENBERG CALICA BIRNEY                    ☒004

fully enforceable against the parties and their counsel as such.

Dated: October ___, 2007

| LENIHAN & ASSOCIATES, LLC | ROSENBERG CALICA & BIRNEY LLP |
|---|---|
| *[signature]* | By: *[signature]* |
| James Michael Lenihan (JML-____) | Edward M. Ross (EMR-1700) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Town of* |
| 235 Main Street | *Clarkstown, Lt. Michael Sullivan and* |
| White Plains, New York 10601 | *Sgt. Joanne Brogna* |
| (914) 949-8855 | 100 Garden City Plaza, Suite 408 |
| | Garden City, New York 11530 |
| | (516) 747-7400 |

G:\CLARKSTOWN\Mittleman\Legal\Stipulation 101607.wpd

SO ORDERED

*[signature]*
Senior U.S.D.J.

dated: White Plains, NY
Oct. 24, 2007

2