UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULIUS MITTLEMAN and LISA MITTLEMAN,

                  Plaintiffs,

    -against-

COUNTY OF ROCKLAND, THE TOWN OF
CLARKSTOWN, JOHN DOE 1-10, the name being fictitious,
the actual names being unknown, in their individual and official
capacity as Town of Clarkstown Police Department. LT.
MICHAEL SULLIVAN and SGT. JOANNE BROGNA, in their
individual and official capacity as Town of Clarkstown Police
Department, Jane Doe, the name being fictitious, the actual
name being unknown, in her individual and official capacity as
an employee of the Rockland County Correctional Facility,

                  Defendants.
-----------------------------------------------------------X

**STIPULATION** & ORDER

Case No. 07 Civ. 6382
Judge Conner

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Julius Mittleman and Lisa Mittleman and defendants Town of Clarkstown, Lt. Michael Sullivan and Sgt. Joanne Brogna (collectively, the "Clarkstown Defendants"), as follows:

1. The time for the Clarkstown Defendants to answer with reference to the complaint in this action be extended to and including **December 10, 2007**.

2. This Stipulation may be executed in counterparts, by facsimile or by e-mail and any copy or counterpart so executed shall be deemed to constitute an additional original,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for
CLARKSTOWN AS + EMAILED TO PL COUNSEL

fully enforceable against the parties and their counsel as such.

Dated: November 21, 2007

LENIHAN & ASSOCIATES, LLC

By: _____
James Michael Lenihan (JML-9252)
Attorneys for Plaintiff
235 Main Street
White Plains, New York 10601
(914) 949-8855

ROSENBERG CALICA & BIRNEY LLP

By: _____
Edward M. Ross (EMR-1700)
Attorneys for Defendants Town of
Clarkstown, Lt. Michael Sullivan and
Sgt. Joanne Brogna
100 Garden City Plaza, Suite 408
Garden City, New York 11530
(516) 747-7400

G:\CLARKSTOWN\Mittleman\Legal\Stipulation 112107.wpd

So ORDERED:

_William C. Conner_
Sr. U.S.D.J.

dated Nov. 26, 2007
White Plains, NY