IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JULIUS MITTELMAN, and
LISA MITTELMAN,

                                           **Plaintiffs,**

          - against -

COUNTY OF ROCKLAND, et. al.,

                                           **Defendants.**

**Declaration of Service**
**Case No.: 07-CV-6382**
**Judge Conner**

---

**STATE OF NEW YORK COUNTY OF WESTCHESTER ss.:**

    **JAMES MONTELEON**, declares the following under the penalty of perjury pursuant to 28 U.S.C. §1746:

That on January 11, 2008 I served upon counsel for Defendant's, Town of Clarkstown, Michael Sullivan, Joanne Brogna a copy of PLAINTIFF'S FIRST AMENDED COMPLAINT, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to:

                        Megan F. Carroll, Esq.
                    Rosenburg Calica & Barney LLP
                100 Garden City Plaza, Suite 408
                  Garden City, New York 11530

                                      _____
                                        **James Monteleon**