Edward M. Ross (EMR -1700)
Megan F. Carroll (MFC - 3824)
ROSENBERG CALICA & BIRNEY LLP
*Attorneys for The Town of Clarkstown, Lt.*
*Michael Sullivan and Sgt. Joanne Brogna*
100 Garden City Plaza
Suite 408
Garden City, New York 11530
(516) 747-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
JULIUS MITTLEMAN and LISA MITTLEMAN,

|  |  |
|---|---|
| Plaintiffs, | **CERTIFICATE** |
|  | **OF SERVICE** |
| -against- | Case No. 07 Civ. 6382 |
|  | Judge Conner |

COUNTY OF ROCKLAND, THE TOWN  OF
CLARKSTOWN, JOHN DOE 1-10, the name being fictitious,
the actual names being unknown, in their individual and official
capacity as Town of Clarkstown Police Department, LT.
MICHAEL SULLIVAN and SGT. JOANNE BROGNA, in their
individual and official capacity as Town of Clarkstown Police
Department, Jane Doe, the name being fictitious, the actual
name being unknown, in her individual and official capacity as
an employee of the Rockland County Correctional Facility,

                          Defendants.
------------------------------------------------------------------------------X

      I, **MEGAN F. CARROLL**, declare under penalty of perjury that I have caused a copy of

the Answer of Defendants Town of Clarkstown, Lt. Michael Sullivan and Sgt. Joanne Brogna to

Plaintiffs' First Amended Complaint to be served upon:


      James Michael Lenihan, Esq.
      LENIHAN & ASSOCIATES
      *Attorneys for Plaintiffs*
      235 Main Street
      White Plains, New York 10601
      (914) 949-8855

by operation of the Court's electronic filing system.

I hereby declare that I have caused a copy of the Answer of Defendants Town of

Clarkstown, Lt. Michael Sullivan and Sgt. Joanne Brogna to Plaintiffs' First Amended

Complaint to be served upon:

> Eric Dranoff, Esq.
> SARETSKY KATZ DRANOFF & GLASS, L.L.P.
> *Attorneys for Defendant Rockland County*
> 475 Park Avenue South, 26th Floor
> New York, New York 10016

by mailing the same in a properly addressed, sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s).

Dated: Garden City, New York
       January 15, 2008


                                                _____/s/ Megan F. Carroll_____
                                                Megan F. Carroll (MFC-3824)


G:\CLARKSTOWN\Mittleman\Legal\Certificate of Service 011508.wpd